

# Missouri Court of Appeals
## Southern District

**SEPTEMBER 15, 2015**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1. Case No. SD33690

   Re: JONATHON T. ERVIN (a.k.a.
   Jonathan T. Ervin),
   Movant-Appellant,
   vs.
   STATE OF MISSOURI,
   Respondent-Respondent.

2. Case No. SD33651

   Re: RODERICK L. STEWART,
   Appellant,
   vs.
   STATE OF MISSOURI,
   Respondent.